<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1129**

ALFRED ROBINSON, JR.,

                Plaintiff – Appellant,

     v.

LAURIE WATKINS, Regional Commissioner, Social Security
Administration,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:11-cv-00089-MSD-TEM)

Submitted:  April 26, 2012         Decided:  April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred Robinson, Jr., Appellant Pro Se. Mark Anthony Exley,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Robinson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint seeking damages for the Appellee's delay in providing Robinson with copies of his medical records for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Watkins, No. 4:11-cv-00089-MSD-TEM (E.D. Va. Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2